[No. 15503–2–I. Division One. March 3, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
K. HULSE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 84–8–02515–0, Maurice Epstein, J. Pro Tem.,
entered September 21, 1984. *Dismissed* by unpublished per
curiam opinion.

[No. 7364–1–II. Division Two. March 3, 1986.]

STANLEY BRADLEY, *Appellant*, v. VIVIAN METLER,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 81–2–01226–6, James D. Roper, J., entered
October 21, 1983. *Affirmed* by unpublished opinion per
Alexander, J., concurred in by Reed, A.C.J., and Petrich, J.

[No. 14892–3–I. Division One. March 4, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
BREWER BRANCH, *Appellant*.

The unpublished opinion in this cause which was filed on
December 16, 1985, is *withdrawn* by order dated March 4,
1986.